UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 08 CR 206 |
| STEVEN STURDIVANT | ) Judge Matthew F. Kennelly |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, represents that:

Name: Steven Sturdivant
Date of Birth:
Sex:
Race:
Inmate ID#:

is presently incarcerated in the following institution:

New River CI - West (Bradford County, Florida),

Steven Sturdivant has been charged in the Northern District of Illinois, Eastern Division, with violations of Title 18, United States Code, Sections 1343, 152(3), and 157(1), and is now wanted for arraignment before this Court in Courtroom 2103 on April 14, 2008, at 1:30 p.m.

WHEREFORE, the government requests an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum to the following persons:

UNITED STATES MARSHALS SERVICE
Chicago, Illinois

WARDEN
New River CI - West
Bradford County, Florida

commanding them to produce the body of the said prisoner before this Court at said time and on said date and when the said prisoner shall be so produced pursuant to said Writ, Steven Sturdivant be held

in the Northern District of Illinois, Eastern Division, until further order of this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Brandon D. Fox
Assistant U. S. Attorney
(312) 353-5277