Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 3/17/2008 |
| **CASE TITLE** | USA vs. Steven Studivant | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeas corpus ad prosequendum is granted. Enter Order. It is ordered that the U. S. Marshal and the Warden of New River CI-West are to bring or cause to be brought before Judge Kennelly on April 14, 2008, at 1:30 PM., the body of Steven Studivant.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

Writs issued
3/19/08

| | Courtroom Deputy Initials: | OR |
|---|---|---|