UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No.  08 CR 206 |
| ) | Judge Matthew F. Kennelly |
| STEVEN STURDIVANT ) | |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:       Steven Sturdivant
    Date of Birth:
    Sex:
    Race:
    Inmate ID#:

is presently incarcerated in the following institution:

    New River CI - West (Bradford County, Florida),

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 1343, 152(3), and 157(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 1:30 p.m. on April 14, 2008, for arraignment before this Court in Courtroom 2103;

    IT IS ORDERED that the following persons:

UNITED STATES MARSHALS SERVICE    WARDEN
Chicago, Illinois                                 New River CI - West
                                                    Bradford County, Florida

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*[signature]*
MATTHEW F. KENNELLY, JUDGE
United States District Court

DATED at Chicago, Illinois
this 17th day of March, 2008