## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 4/14/2008 |
| **CASE TITLE** | USA vs. Steven Sturdivant | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the indictment.  Dan Hessler is appointed as counsel for defendant. Status hearing set to 4/29/2008 at 1:30 PM., for the purpose of setting a motion schedule. Defendant is remanded to federal custody until further order of Court. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cr-00206  Document 9  Filed 04/14/2008  Page 1 of 1

08CR206 USA vs. Steven Sturdivant                                                                                                Page 1 of  1