## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 206 | **DATE** | 4/29/2008 |
| **CASE TITLE** | USA vs. Steven, Yasmeen Sturdivant | | |

**DOCKET ENTRY TEXT**

Status hearing held. 16.1 conference to be held by 5/1/08. Pre-trial motions due 6/20/08. Response to motions due 7/21/08; reply by 8/4/2008. Jury trial set to 12/1/08 at 9:45 AM. Status hearing set to 9/16/2008 at 1:30 PM. Defendants are to permitted to meet with each other subject to U. S. Marshal and MCC regulations. Clerk is directed to serve copy of order to U. S. Marshal. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|